**E-filed 8/25/05**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YONG LUN YANG and JUN LI,<br><br>　　　Plaintiffs,<br><br>　v.<br><br>CONCORD FARMS, INC., GRACE TUNG, and DAVID TUNG,<br><br>　　　Defendant. | No.: 5:05-cv-00994-JF<br><br>**STIPULATION AND<br>ORDER SELECTING ADR PROCESS**<br><br>[Jury Trial Demanded] |

The parties stipulate to participate in the following ADR process:

**Court Processes:**

__ Arbitration    __ENE    _X_ Mediation –before settlement judge or magistrate

**Private Process:**

__Private ADR

Dated: August 22, 2005            /s/ Claudia Center
                                  Attorney for Plaintiffs

Dated: August 22, 2005            /s/ Elise Vasquez
                                  Attorney for Defendants


IT IS SO ORDERED

Dated: 8/25/05                    Jeremy Fogel /s/electronic signature authorized
                                  UNITED STATES DISTRICT JUDGE

**SIGNATURE AND CERTIFCATION BY PARTIES AND LEAD TRIAL COUNSEL**

Pursuant to Civil. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet Site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Dated: _____    Yong Lun Yan
                                  Plaintiff

Dated: _____    Jun Li
                                  Plaintiff

Dated: August 22, 2005            /s/ Claudia Center
                                  Attorney for Plaintiffs

Dated: _____    Concord Farms, Inc.
                                  Defendant

Dated: _____    Grace Tung
                                  Defendant

Dated: _____    David Tung
                                  Defendant

Dated: August 22, 2005            /s/Elise Vasquez
                                  Attorney for Defendants