**E-filed 9/2/05**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YONG LUN YANG and JUN LI,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CONCORD FARMS, INC., GRACE TUNG, and DAVID TUNG,<br><br>　　　　Defendant. | No.: 5:05-cv-00994-JF<br><br>AMENDED **STIPULATION AND ORDER SELECTING ADR PROCESS**<br><br>[Jury Trial Demanded] |

The parties stipulate to participate in the following ADR process:

**Court Processes:**

__ Arbitrary　__ENE　_X_ Settlement Conference –before magistrate Judge Seeborg

**Private Process:**

__Private ADR

Dated: August 22, 2005　　　　　　　　　/s/ Claudia Center
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

Dated: August 22, 2005　　　　　　　　　/s/ Elise Vasquez
　　　　　　　　　　　　　　　　　　　　Attorney for Defendants

IT IS SO ORDERED

Dated: 9/2/05　　　　　　　　　　　　Jeremy Fogel /s/electronic signature authorized
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**SIGNATURE AND CERTIFCATION BY PARTIES AND LEAD TRIAL COUNSEL**

Pursuant to Civil. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet Site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Dated:                                   Yong Lun Yan
                                         Plaintiff

Dated:                                   Jun Li
                                         Plaintiff

Dated:  August 22, 2005                  /s/ Claudia Center
                                         Attorney for Plaintiffs

Dated:                                   Concord Farms, Inc.
                                         Defendant

Dated:                                   Grace Tung
                                         Defendant

Dated:                                   David Tung
                                         Defendant

Dated:  August 22, 2005                  /s/Elise Vasquez
                                         Attorney for Defendants