**United States District Court**
For the Northern District of California

*E-FILED*
**November 8, 2005**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YONG LUN YANG, et al., | No. C 05-00994 JF (RS) |
| Plaintiffs, | |
| v. | **ORDER RESCHEDULING SETTLEMENT CONFERENCE** |
| CONCORD FARMS, INC., et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Good cause appearing,

IT IS HEREBY ORDERED that the settlement conference scheduled for **November 15, 2005** in Courtroom 4, Fifth Floor, 280 South First Street, San Jose, California has been rescheduled to **December 30, 2005 at 9:30 a.m**.

Counsel who will try the case shall appear at the settlement conference with the parties and with the person or persons having full authority to negotiate and to settle the case. Settlement conference statements, if not previously submitted, are due seven (7) days prior to the settlement conference. All other provisions of this Court's Order dated October 14, 2005 shall remain in effect.

1 | The parties shall notify Magistrate Judge Seeborg's chambers **immediately** if this case settles prior
2 | to the date set for settlement conference.

4 | Dated:   November 8, 2005

/s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge

1  **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

2

3  William Nguyen, Esq.
Email: wnguyen@las-elc.org

4

5  Elise R. Vasquez, Esq.
Email: evasquez@ropers.com

6

7  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

8

9  Dated:  November 8, 2005

10

11              CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

12
        By:    /s/ *BAK*
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28