ELISE R. VASQUEZ (SBN 201190)
EVASQUEZ@ROPERS.COM
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701

Attorneys for Defendants
CONCORD FARMS, INC., GRACE TUNG, and DAVID TUNG

**E-filed 11/15/05**

CLAUDIA CENTER (SBN 158255)
CCENTER@LAS-ELC.ORG
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
600 Harrison Stret, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs
YONG LUN YANG and JUN LI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YONG LUN YANG and JUN LI,<br><br>Plaintiffs,<br><br>v.<br><br>CONCORD FARMS, INC., GRACE TUNG, and DAVID TUNG,<br><br>Defendants. | CASE NO. 5:05-cv-00994-JF<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING DATE IN WHICH TO COMPLETE SETTLEMENT AND CONTINUE CASE MANAGEMENT CONFERENCE |

On September 9, 2005, at the Initial Case Management Conference, the parties in this matter were referred to Magistrate Judge Richard Seeborg for a settlement conference. A settlement conference was confirmed before Magistrate Seeborg for November 15, 2005. The case management conference, by request of the parties, was continued to November 18, 2005. There is no trial date set in this matter.

Whereas, one of the defendants has a family medical emergency that requires her attention and requests that the date for the settlement conference be moved;

RC1/386059 1/LD

STIP AND [PROPOSED] ORDER EXT DATE TO COMPLETE SETTLEMENT AND CONT CASE MANAGEMENT CONF 5:05-CV-00994-JF

Whereas, the parties have agreed to move the date for the settlement conference;

Whereas, Magistrate Judge Seeborg has confirmed that December 30, 2005 is available;

Whereas, the settlement conference has been moved to December 30, 2005.

THEREFORE, in view of the foregoing considerations, the parties stipulate and request the court order as follows:

1. That the date for the parties to complete settlement before Magistrate Judge Seeborg be extended until January 6, 2006;

2. That the case management conference, currently scheduled for November 18, 2005, be continued to January 13, 2006 at 10:30 a.m.

Dated: November 8, 2005                ROPERS, MAJESKI, KOHN & BENTLEY


By:/s/ Elise R. Vasquez
ELISE R. VASQUEZ
Attorneys for Defendants
CONCORD FARMS, INC., GRACE TUNG, and DAVID TUNG

Dated: November 8, 2005                THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER


By:/s/ Claudia Center
CLAUDIA CENTER
Attorneys for Plaintiffs
YONG LUN YANG and JUN LI

## ORDER

Good cause appearing, the parties shall complete settlement before Magistrate Judge Seeborg by January 6, 2006. The Case Management Conference previously scheduled for November 18, 2005 is continued until January 13, 2006 at 10:30 a.m.

IT IS SO ORDERED:

Dated: 11/15/05

/s/electronic signature authorized
HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE

RC1/386059 1/LD         - 2 -        STIP AND [PROPOSED] ORDER EXT DATE TO COMPLETE SETTLEMENT AND CONT CASE MANAGEMENT CONF 5:05-CV-00994-JF